IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WARREN L. MUSE,<br><br>      Plaintiff,<br><br>vs.<br><br>CITY OF OMAHA, DOUGLAS COUNTY, DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS, and UNKNOWN DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS OFFICER,<br><br>      Defendants. | **8:25CV419**<br><br>**MEMORANDUM AND ORDER** |

On July 15, 2025, the Court ordered Plaintiff to file a signed copy of his Complaint within 30 days or his case would be dismissed without prejudice and without further notice. Filing No. 5 at 2. In the same Memorandum and Order, the Court ordered Plaintiff to pay the Court's $405.00 filing and administrative fees or file a request for leave to proceed in forma pauperis within 30 days or face dismissal of this action. *Id*. To date, Plaintiff has not filed a signed copy of his Complaint, paid the fees, submitted a request for leave to proceed in forma pauperis, or taken any other action in this matter.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders.

3. The Court will enter judgment by a separate document.

Dated this 11th day of September, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge